UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDNA VERMILLION,

       Plaintiff,

Case No. 1:08-CV-1088

v.

Hon. Gordon J. Quist

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

# ORDER AND JUDGMENT
# APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on July 22, 2009. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed July 21, 2009, is approved and adopted as the opinion of the Court. Plaintiff's appeal is **dismissed for failure to prosecute** pursuant to Fed. R. Civ. P. 41(b).

This case is **concluded**.


Dated: August 14, 2009                          /s/ Gordon J. Quist
                                                           GORDON J. QUIST
                                               UNITED STATES DISTRICT JUDGE